## VICTIM IMPACT STATEMENT

Victim: C▮ G▮
USAO Number: 2024R00233
Court Docket Number: 24-CR-00116

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

email= ▮

I'm sorry I have not been able to write a statement before. I don't quite remember what the man said, I think it was some kind of investment I remember to send 1,000 dollars to an address in Mousie to a Kennth. So I did and I didn't hear anything, the water company cut off my water for non-payment. So I was a month without water. I recived a call from an F.B.I. agdent telling me the whole story about it being a scam. I thought I would die because I was waiting for them to send my money back. The F.B.I. said I would get my money back but not right away I was devestated. The F.B.I. was very nice and they would send my money as soon as they could. F.B.I. did send the money back. I would like to thank you all for doing a great job. God Bless You!

Sincerly
C▮ A. ▮



# VICTIM IMPACT STATEMENT

Victim: C█ G█
USAO Number: 2024R00233
Court Docket Number: 24-CR-00116

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I was so afried the whole time because I thougt I was going to get arested and go to jail. I cried for days and was in a panic I suffer from Depressin and this ordeal made my depression worse. I ended up having to go to the doctor because I developed Anxity. It was aufule until the F.B.I. Tom, called me to tell me the people involed in the scam had gotten caught and in jail. Then the Cheack for 1,000.⁰⁰ Came in and I was not in troble. I recived my money back I don't know if you would like to reimburse me for anything. It would be up to you. I Thank Y very much anyway. God Bless and keep you all safe.

Sincerly
C█ R. G█