RECEIVED
OCT 30 2025
BY MAIL

Judge Henry Edward Autrey
111 South 10th St.
St. Louis MO 63102

Dear Judge Autrey,

Your Honor, I am writing this letter on behalf of Mercy Ojedeji. I became an acquaintance with Mercy during his stay at Phelps County Jail where I was also being held. I have experience with many international people from my time as a teaching Professor at Missouri University of Science & Technology where I worked with many students set on a life in the United States.

While most of the people I was held with were federal holds, Mercy clearly stands alone compared to all the others. In getting to know him he is a humble, stand-up person an clearly not on the path of a career criminal as most others have been. As he has clearly confided to me he has dreamed of a new life in our country since he was a child. He wants his own children to grow up with the happiness of American children.

Overall I see Mercy as a man of character and hope he gets a second chance at his dreams. I have seen him be supportive to others including myself while going through great difficulties. I believe that given a chance Mercy will succeed and have a positive impact on the people and the world around him.

Mercy does not fit in the same mold as any of the other federal inmates that I know. His nature is genuine and he does not appear as someone who belongs in federal prisons. That being said I ask you to practice leniency in sentencing Mercy. I hope he recieves another chance at a successful life.

Thank You,

*[signature]*

Steven Hilgedick, PhD

HILGEDICK
nd St.
MO 65401

RECEIVED
OCT 30 2025
BY MAIL

SAINT LOUIS MO  630
28 OCT 2025  PM 5  L

1775

JUDGE HENRY EDWARD AUTREY
THOMAS F. EAGLETON US COURT HOUSE
111 SOUTH 10th St
SUITE: 10-North
ST. LOUIS, MO 63102

63102-112748